IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Guzman, Jesus | Case Number: 08 B 23949 |
|---|---|---|
| | Guzman, Mirna | Judge: Wedoff, Eugene R |
| | Printed: 01/06/09 | Filed: 9/10/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 20, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 2. | Carrington Mortgage Services, LLC | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 4. | Carrington Mortgage Services, LLC | Secured | 0.00 | 0.00 |
| 5. | Midwest Physician Group | Unsecured | 0.00 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 0.00 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 0.00 | 0.00 |
| 8. | Great American Finance Company | Unsecured | 0.00 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 0.00 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 0.00 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 0.00 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 0.00 | 0.00 |
| 13. | PRA Receivables Management | Unsecured | 0.00 | 0.00 |
| 14. | Ford Motor Credit Corporation | Unsecured | 0.00 | 0.00 |
| 15. | Midwest Physician Group | Unsecured | 0.00 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 0.00 | 0.00 |
| 17. | Ford Motor Credit Corporation | Unsecured | 0.00 | 0.00 |
| 18. | Carrington Mortgage Services, LLC | Secured | | No Claim Filed |
| 19. | Select Portfolio Servicing | Secured | | No Claim Filed |
| 20. | Check N Go | Unsecured | | No Claim Filed |
| 21. | Credit Protection Association | Unsecured | | No Claim Filed |
| 22. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 23. | GEMB | Unsecured | | No Claim Filed |
| 24. | H&F Law | Unsecured | | No Claim Filed |
| 25. | Medical Collections | Unsecured | | No Claim Filed |
| 26. | Illinois Collection Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Guzman, Jesus | Case Number: 08 B 23949 |
|---|---|---|
| | Guzman, Mirna | Judge: Wedoff, Eugene R |
| | Printed: 01/06/09 | Filed: 9/10/08 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 28. | CCA | Unsecured | | No Claim Filed |
| 29. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 30. | St James Hospital | Unsecured | | No Claim Filed |
| 31. | Professional Account Management | Unsecured | | No Claim Filed |
| | | | $ 0.00 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

